```
ROTERRELL DESHAUN MERRITT        COMENITY/ACADMY                 NPRTO SOUTH-EAST
EASTER TASHARA PITTMAN MERRITT   ATTN: BANKRUPTCY                256 W DATA DR
40 JOE REYER RD                  PO BOX 183003                   DRAPER, UT 84020
POPLARVILLE, MS 39470            COLUMBUS, OH 43218


THOMAS C. ROLLINS, JR.           CREDIT ONE BANK                 NTTA
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY                P.O. BOX 660244
P.O. BOX 13767                   6801 CIMARRON RD                DALLAS, TX 75266
JACKSON, MS 39236                LAS VEGAS, NV 89113


1ST FRANKLIN                     GM FINANCIAL                    PEARL RIVER CO HOSPITA
421 MEMORIAL BOULEVARD           ATTN: BANKRUPTCY                P.O. BOX 161906
PICAYUNE, MS 39466               801 CHERRY STREET               ALTAMONTE SPRINGS, FL 3
                                 STE. 3500
                                 FORT WORTH, TX 76102


BELINDA MERRITT                  HATTIESBURG FINANCE             REPUBLIC FINANCE
804 HORIZON RIDGE CIR            1910 HARDY ST                   2415 HWY 43 S
LITTLE ELM, TX 75068             STE 30                          # D
                                 HATTIESBURG, MS 39401           PICAYUNE, MS 39466


BLUE HOUSE RENTALS               INTERNAL REVENUE SERVI          REVCO SOLUTIONS
PO BOX 5117                      CENTRALIZED INSOLVENCY          P.O. BOX 2589
SOUTH FULTON, TN 38257           P.O. BOX 7346                   COLUMBUS, OH 43216-2589
                                 PHILADELPHIA, PA 19101-7346


BOGALUSA                         INTERNAL REVENUE SERVI          RO LAWN CARE SVCS, LLC
322 AUSTIN STREET                C/O US ATTORNEY                 40 JOE REYER RD
BOGALUSA, LA 70427               501 EAST COURT ST               POPLARVILLE, MS 39470
                                 STE 4.430
                                 JACKSON, MS 39201


CAPITAL ONE                      LENDMARK FINANCIAL SER          ROADRUNNER ACCOUNT
ATTN: BANKRUPTCY                 2118 USHER ST.                  ATTN: BANKRUPTCY
P.O. BOX 30285                   COVINGTON, GA 30014             5525 N MACARTHUR BLVD
SALT LAKE CITY, UT 84130                                         STE 660
                                                                 IRVING, TX 75038


CAPITAL ONE                      MS DEPT OF REVENUE              SERVICEMAC, LLC
ATTN: BANKRUPTCY                 BANKRUPTCY SECTION              P.O. BOX 105178
PO BOX 30285                     PO BOX 22808                    ATLANTA, GA 30348-5178
SALT LAKE CITY, UT 84130         JACKSON, MS 39225-2808


CITIBANK                         NISSAN MOTOR ACCEPTANC          SHEFFIELD FINANCIAL CO
ATTN: BANKRUPTCY                 PO BOX 660366                   PO BOX 849
PO BOX 790046                    DALLAS, TX 75266                WILSON, NC 27894
ST LOUIS, MO 63179
```

```
TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285


TRACTOR SUPPLY
ATTN: BANKRUPTCY
PO BOX 6403
SIOUX FALLS, SD 57117


TX OFFICE OF ATTNY GEN
CHILD SUPPORT DIVISION
P.O. BOX 12017
AUSTIN, TX 78711-2017


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001
```