UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       ROTERRELL DESHAUN MERRITT,            CASE NO. 25-51511-KMS
             AND EASTER TASHARA PITTMAN
             MERRITT,
             Debtor(s)                              CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Before this Court comes Foundation Legal Group, LLP, who states that its legal services have been retained on behalf of ServiceMac, LLC, and Foundation Legal Group, LLP, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

Respectfully Submitted,

FOUNDATION LEGAL GROUP, LLP

/s/ Kathryn Lachowsky-Khan

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(866) 501-9462
Fax (501) 219-9458
joel.giddens@thefoundationlegalgroup.com.com
kate.lachowsky@thefoundationlegalgroup.com
heather.martin-herron@thefoundationlegalgroup.com

Counsel for ServiceMac, LLC

## CERTIFICATE OF SERVICE

On October 14, 2025, a copy of the foregoing Notice of Appearance and Request for Notice was served electronically through the electronic case filing system (ECF) upon Counsel for Debtor(s) and the Case Trustee.

/s/ Kathryn Lachowsky-Khan

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

FLG No. 364054

2