**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Roterrell DeShaun Merritt | Case No. 25-51511-KMS |
| | Easter Tashara Pittman Merritt, Debtors | CHAPTER 13 |

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before December 31, 2025. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on January 8, 2026, at 10:00 AM in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: October 16, 2025                        /s/ Thomas C. Rollins, Jr.
                                              *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Roterrell DeShaun Merritt** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **Easter Tashara Pittman Merritt** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | |
| (If known) | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance                    12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of **60** months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay **$7,972.00** (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Direct.**

Debtor **Roterrell DeShaun Merritt**     Case number
        **Easter Tashara Pittman Merritt**

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3**    **Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
   *Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3: Treatment of Secured Claims

**3.1**    **Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

☐    *Check all that apply.*
**None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)**   **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

**1**    Mtg pmts to   **ServiceMac, LLC**
Beginning   **November 2025**    @    **$1,369.13**   ☑ Plan    ☐ Direct.    Includes escrow ☑ Yes ☐ No

**1**    Mtg arrears to   **ServiceMac, LLC**    Through   **October 2025**      **$4,107.39**

**3.1(b)** ☐    **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning   month    @       Plan    Direct.    Includes escrow   Yes   No

Property **-NONE-** Mtg arrears to      Through

**3.1(c)** ☐    **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:   **-NONE-**    Approx. amt. due:    Int. Rate*:

Property Address:
Principal Balance to be paid with interest at the rate above:
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $    **-NONE-** /month, beginning   month .

**Mississippi Chapter 13 Plan**         Page 2

| Debtor | **Roterrell DeShaun Merritt** | Case number | |
| | **Easter Tashara Pittman Merritt** | | |

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
  *Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Hattiesburg Finance | $5,313.20 | 2005 Nissan Armada 2017 10x16 trailer | $4,432.00 | $4,432.00 | 10.00% |
| Lendmark Financial Ser | $2,557.00 | 2021 54" Kawi Zero Turn | $7,354.00 | $2,557.00 | 10.00% |
| Roadrunner Account | $13,430.00 | 2022 Polaris 850CC | $5,643.00 | $5,643.00 | 10.00% |
| Sheffield Financial Co | $5,410.00 | 2023 61" Kawi Zero Turn | $11,706.00 | $5,410.00 | 10.00% |
| Toyota Financial | $9,568.00 | 2022 Toyota Corolla 114,244 miles | $12,859.20 | $9,568.00 | 10.00% |

*Insert additional claims as needed.*

**Mississippi Chapter 13 Plan** Page 3

Debtor **Roterrell DeShaun Merritt**  Case number
**Easter Tashara Pittman Merritt**

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Gm Financial | 2024 Chevy K2500 27,022 miles | $101,586.00 | 10.00% |
| Toyota Financial | 2022 Lexus ES 38,899 miles | $46,265.00 | 10.00% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4  Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5  Surrender of collateral.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Bogalusa | Household Goods |
| Hattiesburg Finance | Household Goods |
| Lendmark Financial Ser | Household Goods |
| Nissan Motor Acceptanc | 2018 Nissan Titan 12729 miles business truck |
| Republic Finance | Household Goods |
| Tower Loan | Household Goods |
| Tower Loan | Household Goods |

*Insert additional claims as needed.*

Mississippi Chapter 13 Plan                                                                Page 4

Debtor **Roterrell DeShaun Merritt** Case number
**Easter Tashara Pittman Merritt**

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees.**

☑ No look fee: __4,600.00__

Total attorney fee charged: $**4,600.00**

Attorney fee previously paid: $**1,122.00**

Attorney fee to be paid in plan per confirmation order: $**3,478.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service  $**12,235.00**.
☑ Mississippi Dept. of Revenue  $**317.00**.
☐ Other ____  $**0.00**.

**4.5 Domestic support obligations.**

☐ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*
DUE TO: **Belinda Merritt ***ongoing child support to end 2/2027**
POST PETITION OBLIGATION: In the amount of $ **538.00** per month beginning **November 2025**
To be paid ☐ direct, ☐ through payroll deduction, or ☑ through the plan.

PRE-PETITION ARREARAGE: In the amount of $ **1,589.72** through **October 2025**
which shall be paid in full over the plan term, unless stated otherwise:
To be paid ☐ direct, ☐ through payroll deduction, or ☑ through the plan.

*Insert additional claims as needed.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $
☑ __100.00__ % of the total amount of these claims, an estimated payment of $__83,559.78__
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**63,394.07**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

Mississippi Chapter 13 Plan  Page 5

Debtor **Roterrell DeShaun Merritt** Case number
**Easter Tashara Pittman Merritt**

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

| Part 6: | Executory Contracts and Unexpired Leases |

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one*.

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*
☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage |
|---|---|---|---|---|
| Blue House Rentals | Trailer | $97.55<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $0.00 | if any exists, to be paid direct by debtors |

*Insert additional contracts or leases as needed.*

| Part 7: | Vesting of Property of the Estate |

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge.

| Part 8: | Nonstandard Plan Provisions |

**8.1** Check "None" or List Nonstandard Plan Provisions
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
 * % to unsecured claimholders shall be the minimum % to be paid to the unsecured class.
 ** amt to be determined by trustee from schedules A & B less hypothetical ch 7 liquidation costs

| Part 9: | Signatures: |

**9.1** Signatures of Debtor(s) and Debtor(s)' Attorney
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Roterrell DeShaun Merritt**    X **/s/ Easter Tashara Pittman Merritt**
   **Roterrell DeShaun Merritt**          **Easter Tashara Pittman Merritt**
   Signature of Debtor 1                     Signature of Debtor 2

   Executed on   **October  8, 2025**           Executed on   **October  8, 2025**

   **40 Joe Reyer Rd**                       **40 Joe Reyer Rd**
   Address                                   Address
   **Poplarville MS 39470-0000**             **Poplarville MS 39470-0000**
   City, State, and Zip Code                 City, State, and Zip Code

   Telephone Number                          Telephone Number

| | | | |
|---|---|---|---|
| Debtor | **Roterrell DeShaun Merritt** | Case number | |
| | **Easter Tashara Pittman Merritt** | | |

X   **/s/ Thomas C. Rollins, Jr.**                              Date   **October 8, 2025**
      **Thomas C. Rollins, Jr. 103469**
      Signature of Attorney for Debtor(s)
      **P.O. Box 13767**
      **Jackson, MS 39236**
      Address, City, State, and Zip Code
      **601-500-5533**                                                       **103469 MS**
      Telephone Number                                                 MS Bar Number
      **trollins@therollinsfirm.com**
      Email Address

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

    Case Trustee
    Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

| | |
|---|---|
| Hattiesburg Finance Co. | Lendmark Financial Services, LLC |
| c/o Sanderson, Earl C. | c/o C. T. Corporation System |
| #60 Sis Hobson Rd. | 8927 Lorraine Rd. Suite 204-A |
| Hattiesburg, MS 39401 | Gulfport, MS 39503 |
| | |
| Roadrunner Financial, Inc. | Toyota Motor Sales, U.S.A, Inc. |
| c/o Corporation Service Company | c/o C. T. Corporation System |
| 109 Executive Drive, Suite 3 | 8927 Lorraine Rd. Suite 204-A |
| Madison, MS 39110 | Gulfport, MS 39503 |
| | |
| Sheffield Financial | |
| A Division of Truist Bank | |
| c/o CEO/President | |
| 214 N Tryon St., Ste 3 | |
| Charlotte, NC, 28202 | |

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: October 16, 2025        /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROTERRELL DESHAUN MERRITT
EASTER TASHARA PITTMAN MERRITT

CASE NO: 25-51511-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/16/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ROTERRELL DESHAUN MERRITT<br>EASTER TASHARA PITTMAN MERRITT | CASE NO: 25-51511-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/16/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/16/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                             FIRST CLASS                                         FIRST CLASS

HATTIESBURG FINANCE CO                  LENDMARK FINANCIAL SERVICES LLC                     ROADRUNNER FINANCIAL INC
CO SANDERSON EARL C                     CO C T CORPORATION SYSTEM                           CO CORPORATION SERVICE COMPANY
60 SIS HOBSON RD                        8927 LORRAINE RD SUITE 204-A                        109 EXECUTIVE DR STE 3
HATTIESBURG MS 39401                    GULFPORT MS 39503                                   MADISON MS 39110


FIRST CLASS                             CERTIFIED 9589071052702981450994                    CASE INFO

TOYOTA MOTOR SALES USA INC              SHEFFIELD FINANCIAL A DIVISION OF TRUIST BANK        LABEL MATRIX FOR LOCAL NOTICING
CO C T CORPORATION SYSTEM               CO CEOPRESIDENT                                     NCRS ADDRESS DOWNLOAD
8927 LORRAINE RD SUITE 204-A            214 N TRYON ST STE 3                                CASE 25-51511-KMS
GULFPORT MS 39503                       CHARLOTTE NC 28202                                  SOUTHERN DISTRICT OF MISSISSIPPI
                                                                                            THU OCT 16 8-1-58 PST 2025


~~EXCLUDE~~                             ~~EXCLUDE~~

~~(U)SERVICEMAC  LLC~~                  ~~US BANKRUPTCY COURT~~                             1ST FRANKLIN
                                        ~~DAN M RUSSELL  JR US COURTHOUSE~~                 421 MEMORIAL BOULEVARD
                                        ~~2012 15TH STREET  SUITE 244~~                     PICAYUNE  MS 39466-5548
                                        ~~GULFPORT  MS 39501-2036~~




(P)AMERICREDIT FINANCIAL SERVICS DBA GM  BELINDA MERRITT                                    BLUE HOUSE RENTALS
FINANCIAL                                804 HORIZON RIDGE CIR                              PO BOX 5117
PO BOX 183853                            LITTLE ELM  TX 75068-4831                          SOUTH FULTON  TN 38257-0117
ARLINGTON TX 76096-3853


                                                                                            ~~EXCLUDE~~

BOGALUSA                                CAPITAL ONE                                         ~~(D)CAPITAL ONE~~
322 AUSTIN STREET                       ATTN BANKRUPTCY                                     ~~ATTN BANKRUPTCY~~
BOGALUSA  LA 70427-3818                 PO BOX 30285                                        ~~PO BOX 30285~~
                                        SALT LAKE CITY  UT 84130-0285                      ~~SALT LAKE CITY  UT 84130-0285~~




CITIBANK                                COMENITYACADMY                                      CREDIT ONE BANK
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                                     ATTN BANKRUPTCY
PO BOX 790046                           PO BOX 183003                                       6801 CIMARRON RD
ST LOUIS  MO 63179-0046                 COLUMBUS  OH 43218-3003                             LAS VEGAS  NV 89113-2273




GM FINANCIAL                            HATTIESBURG FINANCE                                 INTERNAL REVENUE SERVI
ATTN BANKRUPTCY                         1910 HARDY ST                                       CENTRALIZED INSOLVENCY
801 CHERRY STREET                       STE 30                                              PO BOX 7346
STE 3500                                HATTIESBURG  MS 39401-4917                          PHILADELPHIA  PA 19101-7346
FORT WORTH  TX 76102-6854




INTERNAL REVENUE SERVI                  KATHRYN ALLEY LACHOWSKYKHAN  ESQ                    (P)LENDMARK FINANCIAL SERVICES
CO US ATTORNEY                          FOUNDATION LEGAL GROUP  LLP                         2118 USHER ST
501 EAST COURT ST                       ATTY FOR SERVICEMAC  LLC                            COVINGTON GA 30014-2434
STE 4430                                400 WEST CAPITOL AVE  SUITE 1400
JACKSON  MS 39201-5025                  LITTLE ROCK  AR 72201-3562




MS DEPT OF REVENUE                      NPRTO SOUTHEAST                                     NTTA
BANKRUPTCY SECTION                      256 W DATA DR                                       PO BOX 660244
PO BOX 22808                            DRAPER  UT 84020-2315                               DALLAS  TX 75266-0244
JACKSON  MS 39225-2808
```

```
NISSAN MOTOR ACCEPTANC              PEARL RIVER CO HOSPITA              RO LAWN CARE SVCS  LLC
PO BOX 660366                       PO BOX 161906                       40 JOE REYER RD
DALLAS  TX 75266-0366               ALTAMONTE SPRINGS  FL 32716-1906    POPLARVILLE  MS 39470-6400




(P)REPUBLIC FINANCE LLC             REVCO SOLUTIONS                     ROADRUNNER ACCOUNT
282 TOWER RD                        PO BOX 2589                         ATTN BANKRUPTCY
PONCHATOULA LA 70454-8318           COLUMBUS  OH 43216-2589             5525 N MACARTHUR BLVD
                                                                        STE 660
                                                                        IRVING  TX 75038-2671




SERVICEMAC  LLC                     SHEFFIELD FINANCIAL CO              TX OFFICE OF ATTNY GEN
PO BOX 105178                       PO BOX 849                          CHILD SUPPORT DIVISION
ATLANTA  GA 30348-5178              WILSON  NC 27894-0849               PO BOX 12017
                                                                        AUSTIN  TX 78711-2017




(P)TOWER LOAN                       TOYOTA FINANCIAL                    TRACTOR SUPPLY
P O BOX 320001                      ATTN BANKRUPTCY                     ATTN BANKRUPTCY
FLOWOOD MS 39232-0001               PO BOX 22171                        PO BOX 6403
                                    TEMPE  AZ 85285-2171                SIOUX FALLS  SD 57117-6403



                                                                        EXCLUDE

(P)US DEPARTMENT OF HOUSING AND URBAN   US ATTORNEY GENERAL             UNITED STATES TRUSTEE
DEVELOPMENT                             US DEPT OF JUSTICE              501 EAST COURT STREET
ATTN ROBERT ZAYAC                       950 PENNSYLVANIA AVENW          SUITE 6-430
40 MARIETTA ST SUITE 300                WASHINGTON  DC 20530-0001       JACKSON  MS 39201-5022
ATLANTA GA 30303-2812


                                        DEBTOR                          EXCLUDE

EASTER TASHARA PITTMAN MERRITT          ROTERRELL DESHAUN MERRITT       THOMAS CARL ROLLINS JR
40 JOE REYER RD                         40 JOE REYER RD                 THE ROLLINS LAW FIRM  PLLC
POPLARVILLE  MS 39470-6400              POPLARVILLE  MS 39470-6400      PO BOX 13767
                                                                        JACKSON  MS 39236-3767



EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749
```