Certificate Number: 12433-MSS-DE-040311765

Bankruptcy Case Number: 25-51511



12433-MSS-DE-040311765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2025, at 10:24 o'clock AM CST, Easter Pittman Merritt completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 14, 2025

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher