United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51511-KMS
Roterrell DeShaun Merritt Chapter 13
Easter Tashara Pittman Merritt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jan 06, 2026     Form ID: n031     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roterrell DeShaun Merritt, Easter Tashara Pittman Merritt, 40 Joe Reyer Rd, Poplarville, MS 39470-6400 |
| 5573548 | + | Belinda Merritt, 804 Horizon Ridge Cir, Little Elm, TX 75068-4831 |
| 5573550 | + | Bogalusa, 322 Austin Street, Bogalusa, LA 70427-3818 |
| 5573557 | + | Hattiesburg Finance Company, 1910 Hardy St. Ste.#30, Hattiesburg, MS 39401-4917 |
| 5576516 | + | Kathryn Alley Lachowsky-Khan, Esq., Foundation Legal Group, LLP, Atty for ServiceMac, LLC, 400 West Capitol Ave., Suite 1400, Little Rock, AR 72201-3562 |
| 5573565 | | Pearl River Co Hospita, P.O. Box 161906, Altamonte Springs, FL 32716-1906 |
| 5573568 | + | RO Lawn Care SVcs, LLC, 40 Joe Reyer Rd, Poplarville, MS 39470-6400 |
| 5573569 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 5573575 | | TX Office of Attny Gen, Child Support Division, P.O. Box 12017, Austin, TX 78711-2017 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573547 | + | Email/Text: bankruptcy@1ffc.com | Jan 06 2026 19:29:00 | 1st Franklin, 421 Memorial Boulevard, Picayune, MS 39466-5548 |
| 5578734 | + | Email/Text: bankruptcy@1ffc.com | Jan 06 2026 19:29:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5575976 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2026 19:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5585098 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 19:40:22 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5601238 | ^ | MEBN | Jan 06 2026 19:25:51 | Amerihome Mortgage Company, LLC c/o, ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 5573549 | ^ | MEBN | Jan 06 2026 19:25:47 | Blue House Rentals, PO Box 5117, South Fulton, TN 38257-0117 |
| 5573551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 19:40:27 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573553 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 19:40:22 | Citibank, Attn: Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5601355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 19:40:33 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5573554 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 19:29:00 | Comenity/Acadmy, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5573555 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2026 19:40:22 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5573556 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: n031 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5573559 | + | Email/Text: ebone.woods@usdoj.gov | Jan 06 2026 19:29:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 5573558 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2026 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5595848 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2026 19:29:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5573560 | | Email/Text: bk@lendmarkfinancial.com | Jan 06 2026 19:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5600501 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 19:29:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5573561 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jan 06 2026 19:40:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5573563 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 06 2026 19:29:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5573564 | + | Email/Text: bankruptcy@ntta.org | Jan 06 2026 19:29:00 | NPRTO South-East, 256 W Data Dr, Draper, UT 84020-2315 |
| 5573562 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 06 2026 19:29:00 | NTTA, P.O. Box 660244, Dallas, TX 75266-0244 |
| 5595753 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 06 2026 19:29:00 | Nissan Motor Acceptanc, PO Box 660366, Dallas, TX 75266-0366 |
| 5599677 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2026 19:29:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5573566 | | Email/Text: bankruptcy@republicfinance.com | Jan 06 2026 19:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5579925 | | Email/Text: bankruptcy@republicfinance.com | Jan 06 2026 19:29:00 | Republic Finance, 2415 Hwy 43 S, # D, Picayune, MS 39466 |
| 5573567 | ^ | MEBN | Jan 06 2026 19:29:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5601525 | + | Email/Text: bk@roadrunnerfinancial.com | Jan 06 2026 19:25:31 | Revco Solutions, P.O. Box 2589, Columbus, OH 43216-2589 |
| 5573570 | ^ | MEBN | Jan 06 2026 19:29:00 | Roadrunner Financial, Inc., P.O. Box 6506, Carol Stream, Illinois 60197-6506 |
| 5573571 | + | Email/Text: bankruptcy@bbandt.com | Jan 06 2026 19:25:50 | ServiceMac, LLC, P.O. Box 105178, Atlanta, GA 30348-5178 |
| 5586300 | | Email/Text: bankruptcy@bbandt.com | Jan 06 2026 19:29:00 | Sheffield Financial Co, Po Box 849, Wilson, NC 27894-0849 |
| 5573572 | | Email/Text: bankruptcy@towerloan.com | Jan 06 2026 19:29:00 | Sheffield Financial, a division of Truist Bank, Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5600100 | + | Email/Text: bankruptcy@towerloan.com | Jan 06 2026 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5573573 | ^ | MEBN | Jan 06 2026 19:29:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5595729 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 06 2026 19:25:38 | Toyota Financial, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5573574 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 19:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5573576 | ^ | MEBN | Jan 06 2026 19:40:33 | Tractor Supply, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| | | | Jan 06 2026 19:25:34 | US Attorney General, US Dept of Justice, 950 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 06, 2026 | Form ID: n031 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| 5575567 | Email/PDF: OGCRegionIVBankruptcy@hud.gov | | Pennsylvania AveNW, Washington, DC 20530-0001 |
| | | Jan 06 2026 19:40:27 | U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ServiceMac, LLC |
| 5608504 | *+ | Amerihome Mortgage Company, LLC c/o, ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 5573552 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5595731 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor ServiceMac LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Easter Tashara Pittman Merritt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Roterrell DeShaun Merritt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51511−KMS
**Chapter:** 13

**In re:**

Roterrell DeShaun Merritt
40 Joe Reyer Rd
Poplarville, MS 39470

Easter Tashara Pittman Merritt
40 Joe Reyer Rd
Poplarville, MS 39470

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 6, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 6, 2026

Danny L. Miller, Clerk of Court