**Fill in this information to identify the case:**

Debtor 1: Roterrell DeShaun Merritt

Debtor 2 (Spouse, if filing): Easter Tashara Pittman Merritt

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-51511-KMS

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Amerihome Mortgage Company LLC

**Court claim no.** (if known): 23

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2167

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 12/12/2025 (Proof of Claim Fee) | (5) | $350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| Debtor 1   Roterrell DeShaun Merritt | Case Number (if known)   25-51511-KMS |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Heather Martin-Herron_        Date  03/02/2026
Signature

| | | | |
|---|---|---|---|
| Print: | Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron | Title | Attorneys |
| Company | Foundation Legal Group, LLP | | |
| Address | 400 W. Capitol Ave., Ste 1400<br>Little Rock, AR 72201 | | |
| Contact phone | (866) 501-9462 | Email | joel.giddens \| kate.lachowsky \| heather.martin-herron@thefoundationlegalgroup.com |

## CERTIFICATE OF SERVICE

On  March 2, 2026 , a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

Thomas Carl Rollins, Jr.  
Attorney at Law  
P.O. Box 13767  
Jackson, MS 39236  

Warren A. Cuntz, Jr.  
Trustee  
P.O. Box 3749  
Gulfport, MS 39505-3749  

and served via U.S. mail upon:

Roterrell DeShaun Merritt  
Easter Tashara Pittman Merritt  
Debtors  
40 Joe Reyer Rd.  
Poplarville, MS 39470  

/s/ Heather Martin-Herron  
Joel W. Giddens (105450)  
Kathryn Lachowsky-Khan (105769)  
Heather Martin-Herron (105772)  

FLG No. 364054