United States Bankruptcy Court

Southern District of Mississippi

In re:

Roterrell DeShaun Merritt

Easter Tashara Pittman Merritt

    Debtors

Case No. 25-51511-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     +  Roterrell DeShaun Merritt, Easter Tashara Pittman Merritt, 40 Joe Reyer Rd, Poplarville, MS 39470-6400

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Heather Renee Martin-Herron

    on behalf of Creditor Amerihome Mortgage Company LLC MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com

Kathryn Alley Lachowsky-Khan

    on behalf of Creditor ServiceMac  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Easter Tashara Pittman Merritt trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Roterrell DeShaun Merritt trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: May 05, 2026                       Form ID: pdf012                                 Total Noticed: 1

                          USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

                          wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROTERRELL DESHAUN MERRITT | CASE NO.:  25-51511-KMS |
| EASTER TASHARA PITTMAN MERRITT | |

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR NON-PAYMENT (DKT. 24)

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss for Non-Payment and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion is denied with the Debtor(s) default being addressed through selection of and compliance with the following option:

 **Debtor(s) existing default shall be abated, and the Debtor(s) shall resume payments to the Trustee effective with the plan payment due before noon on May 29th, 2026, in the amount of $8,581.00.**

 Debtor(s) are granted until _____ to file a Notice and Motion to Modify Plan, together with an Amended Schedule I & J (if necessary) to address their current plan payment default.  Should the Debtor(s) fail to file the foregoing modification as required, Debtor(s) case shall be dismissed without further motion, notice or hearing upon the Trustee submitting an Order Dismissing Case to the Court.  Debtor(s) shall resume payments in the modified amount before noon on May 29th, 2026.

All options in this Agreed Order require the Debtor(s) to resume the plan payment by a certain date.  **Failure to resume by the specified date will result in the case being dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court**.  Should the Debtor(s) resume the initial payment but default in future plan payments, Debtor(s) shall have sixty (60) days from the date of any arising default to cure the default, failing which the case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.

### ##END OF ORDER##

Submitted by:                                                     Approved by:

/s/ Warren A. Cuntz, Jr., Trustee                    /s/ Thomas Carl Rollins, Jr., Esq.         w/permission
**Warren A. Cuntz, Jr., Trustee**                      **Thomas Carl Rollins, Jr., Esq.**
**Chapter 13 Trustee**                                       **Atty for the Debtor(s), MSB #103469**
P.O. Box 3749                                                   P O Box 13767
Gulfport, MS 39505-3749                                 Jackson, MS 39236
Tel: (228) 831-9531                                           Tel: (601) 500-5533