**Fill in this information to identify the case:**

Debtor 1: Roterrell DeShaun Merritt

Debtor 2 (Spouse, if filing): Easter Tashara Pittman Merritt

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-51511-KMS

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** AmeriHome Mortgage Company, LLC

**Court claim no.** (if known): 23

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2167

**Date of payment change:** Must be at least 21 days after the date of this notice: **11/01/2026**

**New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3*: **$1,453.54**

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment :** **$515.03** **New escrow payment:** **$611.72**

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______ **New interest rate:** ______

**Current principal and interest payment** ______ **New principal and interest payment:** ______

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

**Current HELOC payment:** $ ______

**Reconciliation amount:** + $ ______ or - $ ______

Debtor 1 Roterrell DeShaun Merritt Case Number *(if known)* 25-51511-KMS

**Amount of next payment (including reconciliation amount): $ ________________**

**Amount of new payment thereafter (without reconciliation amount): $ ________________**

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ________________________________________

**Current mortgage payment: $ ________________** **New mortgage payment: $ ________________**

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Heather Martin-Herron* Date 9/24/2026
Signature

Print: Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron Title Attorneys

Company Foundation Legal Group, LLP

Address 400 W. Capitol Ave., Ste 1400
Little Rock, AR 72201

Contact phone (866) 501-9462 Email joel.giddens | kate.lachowsky | heather.martin-herron@thefoundationlegalgroup.com

Debtor 1 Roterrell DeShaun Merritt Case Number *(if known)* 25-51511-KMS

**CERTIFICATE OF SERVICE**

On September 24, 2026, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Thomas Carl Rollins, Jr.
Attorney at Law
PO Box 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr.
Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

and served via U.S. mail upon:

Roterrell DeShaun Merritt, and Easter Tashara Pittman Merritt
Debtors
40 Joe Reyer Rd
Poplarville, MS 39470

*/s/ Heather Martin-Herron*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

FLG No. 364054

Representation of Printed Document

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**



AmeriHome mortgage
A Western Alliance Bank Company
RETURN SERVICE ONLY
Please do not send mail to this address
PO BOX 100081, Duluth, GA 30096-9377

[redacted]

ROTERRELL D MERRITT
EASTER T PITTMAN
40 JOE REYER RD
POPLARVILLE MS 39470-6400

**Contact Us**

| | |
|---|---|
| **Customer Service:** | 833-200-9604 |
| **Property Tax:** | 855-529-2507 |
| **Property Insurance:** | 833-811-3064 |

**NMLS** [redacted]

**Correspondence Address:** PO Box 100077 Duluth, GA 30096-9377

**www.amerihomeservicing.com**

| | |
|---|---|
| Loan Number: | [redacted] |
| Property Address: | 40 JOE REYER RD POPLARVILLE MS 39470 |
| Statement Date: | 09/10/26 |

**Why am I receiving this statement?**

You are receiving this statement because we have completed an analysis of your escrow account. Your escrow account is the account that we use to pay property costs, such as property taxes, homeowners insurance, and mortgage insurance. At least once a year, we are required to analyze your escrow account to ensure your monthly payment is sufficient to pay your escrowed property costs.

**Based on our review, you have a shortage of $683.60.**

**Your payment may be changing, please see the chart below for more information.**

This means that we do not expect to have sufficient funds in your escrow account over the next 12 months to pay your escrowed property costs. Don't worry, even if there aren't enough funds in your account, we will still complete these payments on your behalf. This shortage was caused by changes in your taxes, insurance, or escrow deposits. Your Escrow Account History shows the most recent transactions on your account. Your Escrow Account Projections show anticipated payments over the next 12 months.

## Your New Mortgage Payment

**Pay the shortage of $683.60 over the next 12 payments.**

| | Current Monthly Payment | New Monthly Payment beginning on 11/1/2026 |
|---|---|---|
| Principal & Interest: | $841.82 | $841.82 |
| Escrow Payment: | $515.03 | $554.75 |
| Shortage: | $0.00 | $56.97 |
| **Total Payment:** | **$1,356.85** | **$1,453.54*** |

*If your mortgage payments are set up on an auto-draft, we will automatically adjust your payment for you.
**If you have an adjustable rate mortgage (ARM), we will send a separate notice to you before your payment is scheduled to change.

## Shortage

**We will collect your escrow shortage of $683.60 over the next 12 payments.**

## Your Escrow Account History

The following statement displays actual activity as it occurred in your escrow account from November 2025 to October 2026.

| Month | Projected Payment to Escrow | Actual Payment to Escrow | Description | Projected Disbursement | Actual Disbursement | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | **Beginning Balance** | | | **$1,584.93** | **-$830.50** |
| Nov 25 | $515.03 | * | MORTGAGE INS | -$118.81 | * | $1,981.15 | -$830.50 |
| Nov 25 | | | MORTGAGE INS | | -$118.81 * | $1,981.15 | -$949.31 |
| Dec 25 | $515.03 | * | MORTGAGE INS | -$118.81 | * | $2,377.37 | -$949.31 |
| Dec 25 | | | PROPERTY TAX | -$1,495.68 | -$1,574.79 * | $881.69 | -$2,524.10 |
| Dec 25 | | | MORTGAGE INS | | -$118.81 * | $881.69 | -$2,642.91 |
| Jan 26 | $515.03 | * | MORTGAGE INS | -$118.81 | * | $1,277.91 | -$2,642.91 |
| Jan 26 | | | MORTGAGE INS | | -$118.81 * | $1,277.91 | -$2,761.72 |
| Feb 26 | $515.03 | $1,054.62 * | MORTGAGE INS | -$118.81 | * | $1,674.13 | -$1,707.10 |
| Feb 26 | | | MORTGAGE INS | | -$118.81 * | $1,674.13 | -$1,825.91 |
| Mar 26 | $515.03 | * | MORTGAGE INS | -$118.81 | * | $2,070.35 | -$1,825.91 |
| Mar 26 | | | MORTGAGE INS | | -$118.81 * | $2,070.35 | -$1,944.72 |
| Apr 26 | $515.03 | * | MORTGAGE INS | -$118.81 | * | $2,466.57 | -$1,944.72 |
| Apr 26 | | | MORTGAGE INS | | -$118.81 * | $2,466.57 | -$2,063.53 |
| May 26 | $515.03 | $527.31 * | MORTGAGE INS | -$118.81 | * | $2,862.79 | -$1,536.22 |
| May 26 | | | MORTGAGE INS | | -$118.81 * | $2,862.79 | -$1,655.03 |
| Jun 26 | $515.03 | $527.31 * | MORTGAGE INS | -$118.81 | * | $3,259.01 | -$1,127.72 |
| Jun 26 | | | MORTGAGE INS | | -$118.81 * | $3,259.01 | -$1,246.53 |
| Jul 26 | $515.03 | $515.03 | MORTGAGE INS | -$118.81 | * | $3,655.23 | -$731.50 |
| Jul 26 | | | MORTGAGE INS | | -$118.81 * | $3,655.23 | -$850.31 |
| Jul 26 | | | HAZARD INS | | -$3,695.00 * | $3,655.23 | -$4,545.31 |
| Aug 26 | $515.03 | * | MORTGAGE INS | -$118.81 | * | $4,051.45 | -$4,545.31 |
| Aug 26 | | | HAZARD INS | -$3,259.00 | * | $792.45 | -$4,545.31 |
| Aug 26 | | | MORTGAGE INS | | -$118.81 * | $792.45 | -$4,664.12 |
| Sep 26 | $515.03 | $5,150.30 *E | MORTGAGE INS | -$118.81 | -$118.81 E | $1,188.67 | $367.37 E |
| Oct 26 | $515.03 | $515.03 E | MORTGAGE INS | -$118.81 | -$115.60 *E | $1,584.89 | $766.80 E |

Account balance as of October 2026: $766.80

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount of the deposit/disbursement.
**An 'E' indicates anticipated escrow activity that has not yet occurred prior to the effective date of this analysis.

During the history period of November 2025 to October 2026

| | |
|---|---|
| **Total Escrow Payments Received:** | $8,289.60 |
| **Total Escrow Disbursements:** | -$6,692.30 |
| **Interest on Escrow Deposited to your Account:** | $0.00 |

Internet Reprint

© 2026 AmeriHome Mortgage Company, LLC, A Western Alliance Bank Company. Branch Office located at 17885 Von Karman Avenue, Suite 100, Irvine, CA 92614. NMLS #[redacted] AZ d/b/a AmeriHome Funding, LLC #[redacted]; California Licensed by the Department of Financial Protection and Innovation, under the California Residential Mortgage Lending Act #4131116; Licensed by the N.J. Department of Banking and Insurance; Rhode Island Licensed Lender. For licensing information, go to: www.nmlsconsumeraccess.org. Not all applicants will qualify. Not available in all areas. Other terms, conditions, and restrictions apply. Equal Housing Lender.

## Your Escrow Account Projections

**Projected Escrow Summary**

| | Anticipated Annual Disbursement | | | | New Monthly Escrow Payment |
|---|---|---|---|---|---|
| **Mortgage Insurance*:** | $1,387.20 | ÷ | 12 | = | $115.60 |
| **Property Tax*:** | $1,574.79 | ÷ | 12 | = | $131.23 |
| **Hazard Insurance*:** | $3,695.00 | ÷ | 12 | = | $307.92 |
| **Total:** | $6,656.99 | ÷ | 12 | = | $554.75 |

*These amounts are based on escrow items we expect to pay during the upcoming escrow computation period. If the new escrow payment shown above does not match the escrow payment amount on page 1, this discrepancy may be due to disbursements expected to occur outside the specified computation date ranges.

The following summary shows projected activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Month | Monthly Escrow Payment | Amount Estimated to be Paid | Description | Projected Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| | | | **Beginning Balance** | **$766.80** | **$1,756.59** |
| Nov 26 | $554.75 | -$115.60 | MORTGAGE INS | $1,205.95 | $2,195.74 |
| Dec 26 | $554.75 | -$115.60 | MORTGAGE INS | $1,645.10 | $2,634.89 |
| Dec 26 | | -$1,574.79 | PROPERTY TAX | $70.31 | $1,060.10 |
| Jan 27 | $554.75 | -$115.60 | MORTGAGE INS | $509.46 | $1,499.25 |
| Feb 27 | $554.75 | -$115.60 | MORTGAGE INS | $948.61 | $1,938.40 |
| Mar 27 | $554.75 | -$115.60 | MORTGAGE INS | $1,387.76 | $2,377.55 |
| Apr 27 | $554.75 | -$115.60 | MORTGAGE INS | $1,826.91 | $2,816.70 |
| May 27 | $554.75 | -$115.60 | MORTGAGE INS | $2,266.06 | $3,255.85 |
| Jun 27 | $554.75 | -$115.60 | MORTGAGE INS | $2,705.21 | $3,695.00 |
| Jul 27 | $554.75 | -$115.60 | MORTGAGE INS | $3,144.36 | $4,134.15 |
| Aug 27 | $554.75 | -$115.60 | MORTGAGE INS | $3,583.51 | $4,573.30 |
| **Aug 27** | | **-$3,695.00** | **HAZARD INS** | **-$111.49** | **$878.30** |
| Sep 27 | $554.75 | -$115.60 | MORTGAGE INS | $327.66 | $1,317.45 |
| Oct 27 | $554.75 | -$115.60 | MORTGAGE INS | $766.81 | $1,756.60 |

Here is how we calculated your shortage based on the highlighted line above:

| | | |
|---|---|---|
| | **Projected Low Balance** | **-$111.49** |
| **-** | **Required Minimum Balance** | **$878.30** |
| **=** | **Shortage Amount** | **-$683.60** |

Your required minimum balance for the next 12 months is $878.30, which equals a reserve of 2 month escrow deposit. Federal law allows us to include a minimum balance cash reserve to help cover any increases in your property costs. In order to reach this low point, your required escrow balance after your October payment should be $1,756.59, while your actual escrow balance is estimated to be $766.80. The difference, $683.60, represents an escrow shortage and will be spread over the next 12 payments unless your shortage is paid in full.

Please remember, as your taxes and/or insurance change, the escrow portion of your payment may change. If you have any questions about this Escrow Analysis, please call our Customer Service Department toll free at 833-200-9604.

## Additional Information

**Servicer Notice**
ServiceMac, LLC (NMLS #[redacted] provides certain mortgage servicing functions and services on behalf of the owner of the mortgage servicing rights. For more information regarding ServiceMac, LLC including licensing and other legal information, please visit www.myservicemac.com. Visit NMLS Consumer Access at www.nmlsconsumeraccess.org.

The Servicemembers Civil Relief Act may offer protection or relief to military members who have been called to active duty. If either you have been called to active duty or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact Customer Service at 833-200-9604.

**HUD Counseling Notice**
For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/find-a-housing-counselor or obtain no-cost assistance by contacting the Department of Housing and Urban Development at www.hudgov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**ACH Debit Borrowers**
You have previously authorized AmeriHome Mortgage Company, LLC to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. AmeriHome Mortgage Company, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by AmeriHome Mortgage Company, LLC, at least three (3) business days prior to your next scheduled debit.

We may be considered to be a debt collector under certain state and federal laws. Accordingly, for the purposes of such laws, this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

Certain state disclosures are applicable based on the state in which the secured property is located.

©2026 AmeriHome Mortgage Company, LLC, A Western Alliance Bank Company. Branch Office located at 17885 Von Karman Avenue, Suite 100, Irvine, CA 92614. NMLS #[redacted]; AZ d/b/a AmeriHome Funding, LLC #[redacted] California Licensed by the Department of Financial Protection and Innovation, under the California Residential Mortgage Lending Act #4131116; Licensed by the NJ. Department of Banking and Insurance; Rhode Island Licensed Lender. For licensing information, go to: www.nmlsconsumeraccess.org. Not all applicants will qualify. Not available in all areas. Other terms, conditions, and restrictions apply. Equal Housing Lender.