**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:** **CHAPTER 13**

**ROTERRELL DESHAUN MERRITT** **CASE NO. 25-51511-KMS**
**EASTER TASHARA PITTMAN MERRITT**

# AMENDED ORDER DIRECTING DEBTOR PLAN PAYMENTS

IT APPEARING TO THE COURT that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**ROTERRELL DESHAUN MERRITT &**
**EASTER TASHARA PITTMAN MERRITT**
**40 JOE REYER RD**
**POPLARVILLE, MS 39470**

is directed to pay by TFS, money order or cashier's check the sum of ***<u>**$8,897.00**</u> **PER MONTH, BEGINNING** <u>**NOVEMBER 2026**</u> Please send payments to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

*Please notate your name and case number on the payment to the Trustee.*

**##END OF ORDER##**

1. Adjusted due to Notice of Mtg Payment Change dkt. 34. Any questions, please contact your attorney.